[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Aug. 11, 2008
THOMAS K. KAHN
CLERK

_____

No. 08-10148
Non-Argument Calendar

_____

D. C. Docket No. 05-00372-CR-08-WSD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR HUGO DORANTES-HERNANDEZ,
a.k.a. Victor Doranten,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(August 11, 2008)

Before TJOFLAT, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

S. Ralph Martin, Jr., counsel for Victor Dorantes-Hernandez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez's conviction and sentence is **AFFIRMED**.